UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEITH RILEY,<br><br>                             Plaintiff,<br>    v.<br>DEPUTY 1, *et al.*,<br><br>                            Defendants. | Case No. 3:24-cv-00460-ART-CLB<br><br>**ORDER GRANTING 30-DAY EXTENTION OF TIME**<br><br>[ECF No. 10] |
|---|---|

      The Court screened Plaintiff Keith Riley's complaint, dismissed the complaint in its entirety, and granted leave to amend. (ECF No. 5.) In doing so, the Court found that Riley failed to state a colorable claim under federal law against any of the named Defendants, but he appeared to state at least one colorable excessive force claim against three unknown deputy sheriffs. (*See id.*) The Court advised Plaintiff that, for this case to proceed, he must file an amended complaint that states at least one colorable claim under federal law against at least one named Defendant. (*See id.* at 14–15.) The Court later denied Riley's motion for the Court to issue a subpoena duces tecum under Federal Rule of Civil Procedure 45 ("Rule 45 motion") without prejudice and extended the deadline for him to file an amended complaint to September 8, 2025. (ECF No. 9.) Now, Riley has filed a motion to extend the deadline again. (ECF No. 10.)

      The Court grants Riley a 30-day extension of time to file an amended complaint. The new deadline for Riley to file an amended complaint is **October 8, 2025**. Riley is again reminded that, for this case to proceed past the screening stage, he only needs to identify one Defendant to a colorable claim. In other words, if Riley learns the name of one of the deputy sheriffs who was involved in the alleged incidents of excessive force, and he alleges sufficient facts to state a colorable claim against that individual in an amended complaint, then this case can proceed to the next phase of litigation. Riley would then have an opportunity to file a motion to substitute the names of any other Doe Defendants he identifies at a later stage of the case. Riley is again encouraged to use

whatever options are available to him at Washoe County Detention Facility to learn the name of one or more Doe Defendants—including any deputy sheriff allegedly involved in the alleged incidents of excessive force on March 28, 2024—before he refiles a Rule 45 motion.

Accordingly, **IT IS ORDERED** that Riley's motion for an extension of time (ECF No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the new deadline for Riley to file an amended complaint is **October 8, 2025**.

**IT IS FURTHER ORDERED** that, if Riley does not file an amended complaint by **October 8, 2025**, this case will be dismissed without prejudice.

**IT IS SO ORDERED**.

**DATED**: September 2, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**