UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KEITH RILEY, | Case No. 3:24-cv-00460-ART-CLB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DEPUTY 1, *et al.*, | |
| Defendants. | |

On September 2, 2025, the Court granted Plaintiff an extension of time to file an amended complaint until October 8, 2025. (ECF No. 11.) That order was mailed to Riley at the Washoe County Detention Center, and it was returned to the Court as undeliverable, marked "not here." (ECF No. 12.) Riley then updated his address to Northern Nevada Correctional Center. (ECF No. 13.) Given this change in address, it appears that Riley may not have received the Court's prior order, so the Court will send a courtesy copy to his new address.

Accordingly, **IT IS ORDERED** that the Clerk of Court send a courtesy copy of the Court's prior order (ECF No. 11) to Riley at Northern Nevada Correctional Center.

**IT IS FURTHER ORDERED** that the prior order (ECF No. 11) remains in effect, such that the deadline for Riley to file an amended complaint is **October 8, 2025**.

**IT IS FURTHER ORDERED** that, if Riley does not file an amended complaint by **October 8, 2025**, this case will be dismissed without prejudice.

**IT IS SO ORDERED**.

**DATED**: September 22, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**